IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MICHAEL DUCKSWORTH                                              PETITIONER

VS.                                            CIVIL ACTION NO. 2:17-CV-15-KS-JCG

JACQUELINE BANKS                                                RESPONDENT

CERTIFICATE OF APPEALABILITY

A Notice of Appeal having been filed in the above captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254, and the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, hereby finds that:

A Certificate of Appealability should not issue.

The party appealing is not a pauper.

Reasons:

This Court finds that the Petitioner has failed to make a substantial showing of a violation of a Constitutional or statutory right.

SO ORDERED AND ADJUDGED on this, the ___14th___ day of February, 2018.

                                                                    s/Keith Starrett
                                                     UNITED STATES DISTRICT COURT JUDGE